IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKE ANDERSON, individually and on behalf of similarly situated persons, | CV 18-58-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| MOUNTAIN VIEW PIZZA CO., BLACK HILLS PIZZA, INC., and CHOOSE THE RIGHT PIZZA, LLC, | |
| Defendants. | |

Plaintiff moves for the admissions of Richard M. Paul, III (Doc. 3) and Mark A. Potashnick (Doc. 4) to practice before this Court in this case with William A. D'Alton to act as local counsel.

*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3). While Plaintiff's motions do contain affidavits from Mr. Paul and Mr. Potashnick, both affidavits fail to address items 83.1(d)(3)(A), (B), (C), and (J).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to admit Mr. Paul and Mr. Potashnick *pro hac vice* are DENIED without prejudice.

Plaintiff may resubmit its motions, provided the motions are accompanied by affidavits that comply in full with L.R. 83.1(d)(3).

DATED this 9th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge