IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKE ANDERSON, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA CO., BLACK HILLS PIZZA, INC., and CHOOSE THE RIGHT PIZZA, LLC,<br><br>Defendants. | CV 18-58-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Mark A. Potashnick to practice before this Court in this case with William A. D'Alton to act as local counsel. Mr. Potashnick's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mark A. Potashnick pro hac vice is GRANTED on the condition that Mr. Potashnick shall do his own work. This means that Mr. Potashnick must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Potashnick may move for the admission pro hac vice of one (1) associate of his

firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Potashnick.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Potashnick, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge