IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKE ANDERSON, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA CO., BLACK HILLS PIZZA, INC., and CHOOSE THE RIGHT PIZZA, LLC,<br><br>Defendants. | CV 18-58-BLG-TJC<br><br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT PRELIMINARY PRETRIAL CONFERENCE** |

Plaintiffs have filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 28.) Good cause appearing, IT IS ORDERED that Plaintiffs' motion is GRANTED.

Plaintiffs' counsel, Mark Potashnick, may appear by telephone at the June 26, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 11th day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge