IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKE ANDERSON, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA CO., BLACK HILLS PIZZA, INC., and CHOOSE THE RIGHT PIZZA, LLC,<br><br>Defendants. | CV 18-58-BLG-SPW-TJC<br><br>**ORDER STRIKING FILING** |

Plaintiffs have filed a document styled as a Motion for Disclosure of Plaintiffs' Initial Disclosures. (Doc. 37.) Upon review of the filing, however, it appears that Plaintiffs have filed their Rule 26 Initial Disclosures, and are not in fact, seeking any relief from the Court. Local Rule 26.1(c) states that "Initial disclosures may not be filed." L.R. 26.1(c). Further Local Rule 26.2 provides that initial disclosures and other discovery, are not to be routinely filed, unless a motion is filed relating to discovery, and the documents are relevant to the motion. L.R. 26.2 (a)-(b). Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Initial Disclosures filed as Doc. 37 shall be **STRICKEN** from the record.

DATED this 29th day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge