IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKE ANDERSON, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA CO., BLACK HILLS PIZZA, INC., and CHOOSE THE RIGHT PIZZA, LLC,<br><br>Defendants. | CV 18-58-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Sean Cooper to practice before this Court in this case with William A. D'Alton to act as local counsel. Mr. Cooper's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Sean Cooper pro hac vice is GRANTED on the condition that Mr. Cooper shall do his own work. This means that Mr. Cooper must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cooper, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 1st day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge