IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKE ANDERSON, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA CO., BLACK HILLS PIZZA, INC., and CHOOSE THE RIGHT PIZZA, LLC,<br><br>Defendants. | CV 18-58-BLG-SPW-TJC<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION** |

The parties have filed a Joint Motion to Stay Proceedings to Conduct Mediation and to Toll the Fair Labor Standards Act's ("FLSA") Statute of Limitations. (Doc. 49.) Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion is GRANTED. Accordingly, the proceedings in this matter are STAYED through and including December 15, 2018..

IT IS FURTHER ORDERED that within fourteen (14) days after the conclusion of the stay, the Parties shall file a Status Report.

DATED this 25th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge