IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIKE ANDERSON, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA CO., BLACK HILLS PIZZA, INC., and CHOOSE THE RIGHT PIZZA, LLC,<br><br>Defendants. | CV 18-58-BLG-SPW-TJC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND NOTICE PERIOD AND TOLL STATUTE OF LIMITATIONS** |

The parties have filed a Stipulated Joint Motion to Extend Notice Period to Provide Additional Notice and to Toll Statute of Limitations. (Doc. 91.) Good cause appearing, IT IS HEREBY ORDERED that the parties' motion is GRANTED. The Court further approves the parties' stipulation as set forth in paragraph 9 of their Stipulated Joint Motion. (*See* Doc. 91 at ¶ 9.)

DATED this 17th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge